IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13CV764 |
| | ) | |
| TABAC, LC, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF PARTIAL SATISFACTION

COMES NOW Plaintiff TNREF III, LLC ("Plaintiff"), by counsel, and notifies the Court and any interested party as follows:

1. On January 8, 2014, a Consent Judgment ("Judgment") was entered against Defendant TABAC, LC, and in favor of Plaintiff U.S. Bank National Association in the amount of Twenty-Five Million Seven Hundred Thirty-Five Thousand Nine Hundred Fifty-Six and 25/100 Dollars ($25,735,956.25), plus additional prejudgment interest from and after December 23, 2013, until entry of judgment on the principal balance of Twenty-Five Million Two Hundred Forty-Eight Thousand Three Hundred Fifty and No/100 Dollars ($25,248,350.00) at the default rate of 7.515% per annum or Five Thousand Two Hundred Seventy and 59/100 Dollars ($5,270.59) per diem, attorneys' fees in the amount of Seventy-Seven Thousand Eight Hundred and 50/100 Dollars ($77,800.50), and court costs. The Judgment is evidenced by the Abstract entered as Docket No. 20.

2. On October 28, 2014, a foreclosure sale of property owned by TABAC, LC, was conducted, which resulted in a credit ("Credit") to the Judgment in the amount of Fifteen Million

Four Hundred Eighty-Three Thousand One Hundred Twenty-Seven and 09/100 Dollars ($15,483,127.09).

  3. TNREF III, LLC, successor in interest to U.S. Bank National Association, applied the Credit first to all costs, fees, and interest included in the Judgment, with any remainder to the principal balance of the Judgment.

            Respectfully Submitted,

            TNREF III, LLC
            Successor-in-Interest to
            U.S. Bank National Association

BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Telephone (703) 691-1235
Facsimile (703) 691-3913


By: */s/ Michael A. Howes*
William H. Casterline, Jr. (VSB No. 16277)
wcasterlinejr@bklawva.com
Jeremy B. Root (VSB No. 65885)
jroot@bklawva.com
Michael A. Howes (VSB No. 80493)
mhowes@bklawva.com
*Counsel for TNREF III, LLC*

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Motion for Substitution of Party was this 5th day of March, 2015, electronically filed with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, to the following:

> M.F. Connell Mullins, Jr. (VSB No. 47213)
> SPOTTS FAIN PC
> 411 E. Franklin Street, Ste. 600
> Richmond, Virginia 23218-1555
> *Attorney for TABAC, LC and TABAC Tenant, LLC*
>
> Augustus Charles Epps, Jr. (VSB No. 13254)
> Jennifer M. McLemore (VSB No. 47064)
> CHRISTIAN & BARTON, LLP
> 909 E. Main St., Ste. 1200
> Richmond, Virginia 23219-3095
> *Counsel for Chevron USA, Inc.*

>> */s/ Michael A. Howes*
>> Michael A. Howes (VSB No. 80493)
>> Blankingship & Keith, P.C.
>> 4020 University Drive, Suite 300
>> Fairfax, Virginia 22030
>> (703) 691-1235 (tel)
>> (703) 691-3913 (fax)
>> mhowes@bklawva.com
>> *Counsel for TNREF III, LLC*